# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINGFIELD | ) |
| POLICE DEPARTMENT | ) |
| | ) |
| and | ) |
| | ) |
| CITY OF SPRINGFIELD, | ) |
| | ) |
| Defendants. | ) |

## PARTIES' JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AS AN ORDER OF THE COURT

Plaintiff, United States of America ("United States"), and Defendants, Springfield, Massachusetts Police Department ("SPD") and City of Springfield, Massachusetts ("City"), hereby jointly and respectfully request that this Court enter the attached Settlement Agreement ("Agreement") as an order of this Court, making it a "consent decree." In support of their motion, the Parties rely on the arguments made in their Memorandum in support of the Parties' Joint Motion to Enter the Settlement Agreement as an Order of the Court. The Agreement would resolve litigation initiated by the United States with the filing of a Complaint pursuant to the Violent Crime Control and Law Enforcement Act of 1994, 34 U.S.C. § 12601 ("Section 12601").

Respectfully submitted,

For Plaintiff UNITED STATES OF AMERICA:

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney<br>District of Massachusetts | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| JENNIFER SERAFYN<br>Chief, Civil Rights Unit<br>District of Massachusetts | PAUL KILLEBREW<br>Deputy Chief, Special Litigation Section |
| */s/ Michelle Leung*<br>MICHELLE LEUNG, BBO #568624<br>TOREY B. CUMMINGS<br>Assistant U.S. Attorneys<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3626<br>Email:  Michelle.Leung@usdoj.gov<br>Email:  Torey.Cummings@usdoj.gov | */s/ F. Nicole Porter*<br>F. NICOLE PORTER<br>ARIONA JEAN-JOHNSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>(202) 514-6255<br>Email:  Nicole.Porter@usdoj.gov<br>Email:  Ariona.Jean-Johnson@usdoj.gov |

For Defendants SPRINGFIELD, MASSACHUSETTS POLICE DEPARTMENT and CITY OF SPRINGFIELD:


*/s/ John Payne*
JOHN PAYNE
City Solicitor
City of Springfield Law Department
36 Court Street – Room 210
Springfield, Massachusetts  01103
(413) 787-6085
Email:  jpayne@springfieldcityhall.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 13th day of April 2022, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Michelle Leung*
                                            MICHELLE LEUNG
                                            Assistant United States Attorney