UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINGFIELD, MASSACHUSETTS POLICE DEPARTMENT | ) ) |
| | ) |
| and | ) |
| | ) |
| CITY OF SPRINGFIELD, MASSACHUSETTS | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 13, 2022, the United States of America filed a complaint against the Springfield Police Department and the City of Springfield, Massachusetts. The United States alleged Defendants had engaged in a pattern or practice of conduct by law enforcement officers that deprives persons of rights, privileges, and immunities secured and protected by the Constitution and laws of the United States. The complaint was brought pursuant to the Violent Crime Control and Law Enforcement Act of 1994, 34 U.S.C. § 12601.

Also on April 13, 2022, the parties jointly filed a motion seeking entry of a consent decree to resolve litigation of the instant case; attached to the motion was a proposed consent decree.

The Court has carefully studied the Parties' submissions, including the the proposed decree. After close review of the proposed decree, the Court concludes the decree is fair, adequate, and reasonable. Moreover, nothing before the Court suggests that the

settlement is illegal or the product of collusion. The Court further determines the proposed decree is in the public interest.

For the foregoing reasons, it is hereby ORDERED:

1. The Joint Motion for Entry of Consent Decree is GRANTED.

2. The Consent Decree is APPROVED AND ENTERED as an ORDER of the Court.

3. The Court shall RETAIN jurisdiction over the case until the Consent Decree is terminated.

Dated this 29th day of April 2022.

_____
~~Hon. Mark G. Mastroianni~~
~~United States District Judge~~
Catherine Robertson
United States Magistrate Judge