UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINGFIELD | ) No. 3:22-cv-30043-KAR |
| POLICE DEPARTMENT | ) |
| | ) |
| and | ) |
| | ) |
| CITY OF SPRINGFIELD, | ) |
| | ) |
| Defendants. | ) |

**PARTIES' JOINT NOTICE**

Plaintiff, United States of America ("United States"), and Defendants, Springfield, Massachusetts Police Department ("SPD") and City of Springfield, Massachusetts ("City"), hereby jointly and respectfully request that this Court take notice of the following in anticipation of the parties' upcoming June 6 status conference: (1) the Compliance Evaluator selection schedule; (2) the relevant deadlines for the first year of implementation of the Settlement Agreement; and (3) the Parties' proposed interactions with the Court throughout the implementation of the Agreement.

1. **Compliance Evaluator Selection Process**

Pursuant to the Agreement, within 90 days of the Effective Date, or additional time if agreed to by the Parties, the City and DOJ will together select a Compliance Evaluator. Settlement Agreement (SA) ¶ 185.  The Compliance Evaluator is an independent person who will assess and report to the Court whether the requirements of the Agreement have been implemented, and whether this implementation is resulting in constitutional and effective

policing. SA ¶ 182. The Parties will select an individual of the highest ethics, expertise in law enforcement, and a demonstrated commitment and capacity to ensure constitutional policing. SA ¶ 185. The Parties' selection, which should be completed by July 28, 2022 (90 days from the Effective Date) will be subject to the approval of the Court. SA ¶ 185.

The Parties wish to keep the Court apprised of the timelines that the Parties have agreed upon to ensure that we can select a Compliance Evaluator by this deadline.

| Event | Deadline |
|---|---|
| Compliance Evaluator applications due | June 10, 2022 |
| Deadline for parties to narrow applications to those for phone interviews | June 24, 2022 |
| Deadline for public to provide comments on applications | June 24, 2022 |
| Phone interviews completed | July 8, 2022 |
| In-person/virtual interviews completed | July 15, 2022 |
| Virtual community event for finalists | July 21, 2022 |
| Confer with City to select Compliance Evaluator | No later than July 27, 2022 |
| File pleading regarding parties' Compliance Evaluator selection | July 28, 2022 |

2. **First Year Deadlines**

Attached as Appendix A to this Joint Notice is a chart that lists all deadlines that the Parties must meet during the first year of implementing the Agreement. The Parties will work

together to come up with benchmarks and more specific timelines to meet these deadlines. SA ¶ 194.

3. **Parties' Proposed Interaction with the Court**

The Parties recognize that they must work diligently to ensure that the City can comply with the terms of the Agreement, and believe that regular communication with the Court will be key to ensuring that the Parties stay on track during the implementation process.

Pursuant to the terms of the Agreement, the Compliance Evaluator and Parties will have semi-annual status conferences before the Court to discuss the City's compliance or noncompliance. SA ¶ 204. This means that the semi-annual status conferences would likely be held in December and June of each year. Because of the complexity and detailed nature of the work involved in implementing this Agreement, the Parties would also appreciate the opportunity to meet more frequently with the Court and the Compliance Evaluator to apprise the Court of the Ciy's progress in achieving compliance with the Agreement.

Respectfully submitted,

For Plaintiff UNITED STATES OF AMERICA:

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney<br>District of Massachusetts | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| JENNIFER A. SERAFYN<br>Chief, Civil Rights Unit<br>District of Massachusetts | PAUL KILLEBREW<br>Deputy Chief, Special Litigation Section |
| */s/ Michelle Leung*<br>MICHELLE LEUNG, BBO #568624<br>TOREY B. CUMMINGS<br>Assistant U.S. Attorneys<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3626<br>Email:  Michelle.Leung@usdoj.gov<br>Email:  Torey.Cummings@usdoj.gov | */s/ F. Nicole Porter*<br>F. NICOLE PORTER<br>ARIONA JEAN-JOHNSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>(202) 514-6255<br>Email:  Nicole.Porter@usdoj.gov<br>Email:  Ariona.Jean-Johnson@usdoj.gov |

For Defendants SPRINGFIELD, MASSACHUSETTS POLICE DEPARTMENT and CITY OF SPRINGFIELD:


*/s/ John Payne*
JOHN PAYNE
City Solicitor
City of Springfield Law Department
36 Court Street – Room 210
Springfield, Massachusetts  01103
(413) 787-6085
Email:  jpayne@springfieldcityhall.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 3rd day of June 2022, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      */s/ Michelle Leung*
      MICHELLE LEUNG
      Assistant United States Attorney