UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPRINGFIELD, MASSACHUSETTS )<br>  POLICE DEPARTMENT )<br>)<br>  and )<br>)<br>CITY OF SPRINGFIELD, MASSACHUSETTS )<br>)<br>Defendants. ) | No. 3:22-cv-30043-KAR |

**Proposed Agenda for January 18, 2023, Status Conference**

    The Parties propose discussing the following items during the January 18, 2023, virtual status conference.

1. Compliance Evaluator Update
   - Settlement Agreement Implementation progress
     - Policy Rollouts (Use of Force, Internal Investigations Unit, and public comment process for policies)
     - Board of Police Commissioners
   - Status of the first Compliance Evaluator Report

2. United States Department of Justice Update
   - Use of Force Policies
   - Board of Police Commissioners

3. City of Springfield Update
   - Union Contract Progress
   - Use of Force Policies
   - Board of Police Commissioners

Respectfully submitted,

For Plaintiff UNITED STATES OF AMERICA:

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney<br>District of Massachusetts | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>STEVEN H. ROSENBAUM<br>Chief, Special Litigation Section |
| JENNIFER A. SERAFYN<br>Chief, Civil Rights Unit<br>District of Massachusetts | PAUL KILLEBREW<br>Deputy Chief, Special Litigation Section |
| */s/ Michelle Leung*<br>MICHELLE LEUNG, BBO #568624<br>TOREY B. CUMMINGS<br>Assistant U.S. Attorneys<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3626<br>Email: Michelle.Leung@usdoj.gov<br>Email: Torey.Cummings@usdoj.gov | */s/ Ariona Jean-Johnson*<br>F. NICOLE PORTER<br>ARIONA JEAN-JOHNSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>(202) 514-6255<br>Email:  Nicole.Porter@usdoj.gov<br>Email:  Ariona.Jean-Johnson@usdoj.gov |

For Defendants SPRINGFIELD, MASSACHUSETTS POLICE DEPARTMENT and CITY OF SPRINGFIELD:

*/s/ John Payne*
JOHN PAYNE
City Solicitor
City of Springfield Law Department
36 Court Street – Room 210
Springfield, Massachusetts  01103
(413) 787-6085
jpayne@springfieldcityhall.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of January 2023, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Michelle Leung*
MICHELLE LEUNG
Assistant United States Attorney