UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPRINGFIELD, MASSACHUSETTS )<br>  POLICE DEPARTMENT )<br>)<br>  and )<br>)<br>CITY OF SPRINGFIELD, MASSACHUSETTS )<br>)<br>Defendants. ) | No. 3:22-cv-30043-KAR |

**Compliance Evaluator Team's Fifth Monitoring Report – April 2025**

On behalf of the Compliance Evaluator Team, pursuant to Paragraph 202 of the Settlement Agreement, the Parties jointly submit the Compliance Evaluator's Fifth Monitoring Report (Exhibit A).

.

Respectfully submitted,

For Plaintiff UNITED STATES OF AMERICA:

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney<br>District of Massachusetts | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>REGAN RUSH<br>Chief, Special Litigation Section |
| JENNIFER A. SERAFYN<br>Chief, Civil Rights Unit<br>District of Massachusetts | MEGAN MARKS<br>Deputy Chief, Special Litigation Section |
| /s/ Anuj Khetarpal<br>ANUJ KHETARPAL<br>Assistant U.S. Attorney<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3658<br>Email:  Anuj.Khetarpal@usdoj.gov | /s/ F. Nicole Porter<br>F. NICOLE PORTER<br>ARIONA JEAN-JOHNSON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>(202) 514-6255<br>Email:  Nicole.Porter@usdoj.gov<br>Email:  Ariona.Jean-Johnson@usdoj.gov |

For Defendants SPRINGFIELD, MASSACHUSETTS POLICE DEPARTMENT and CITY OF SPRINGFIELD:

/s/ Stephen J. Buoniconti
STEPHEN J. BUONICONTI
City of Springfield Law Department
36 Court Street
Springfield, MA  01103
(413) 787-6085
Email:  SBuoniconti@springfieldcityhall.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 24 day of April 2025, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      */s/ F. Nicole Porter*
      F. NICOLE PORTER
      Trial Attorney