**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| SPRINGFIELD, MASSACHUSETTS POLICE DEPARTMENT | )  No. 3:22-cv-30043-KAR |
| and | ) |
| CITY OF SPRINGFIELD, MASSACHUSETTS | ) |
| Defendants. | ) |

**Notice of Withdrawal of Appearance**

Pursuant to Local Rule 83.5.2, please withdraw the appearance of Assistant United States Attorney Jennifer Serafyn and Trial Attorney Nicole Porter as counsel for the United States of America in this case. Assistant United States Attorney Anuj Khetarpal and Trial Attorney Ariona Jean-Johnson will continue to represent the government in this case.

Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        REGAN RUSH
        Chief, Special Litigation Section

        MEGAN MARKS
        Deputy Chief, Special Litigation Section


        */s/ F. Nicole Porter*
        F. NICOLE PORTER
        Trial Attorney
        United States Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC  20530
        (202) 514-6255
        Email:  Nicole.Porter@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 25th day of April 2025, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                  */s/ F. Nicole Porter*
                                  F. NICOLE PORTER
                                  Trial Attorney