UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  v.<br><br>SPRINGFIELD, MASSACHUSETTS<br> POLICE DEPARTMENT<br><br>   and<br><br>CITY OF SPRINGFIELD, MASSACHUSETTS,<br><br>                Defendants. | No. 3:22-cv-30043-KAR |

**MOTION FOR A STAY OF COURT PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of all court proceedings in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all court proceedings in this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all

current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that the Defendants have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of schedule court proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

>                               Respectfully submitted,
>
>                               LEAH B. FOLEY
>                               United States Attorney

Dated: October 24, 2025           By:    */s/ Anuj K. Khetarpal*
                                         Anuj Khetarpal
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA 02210
                                         Tel.: 617-748-3658
                                         Email: Anuj.Khetarpal@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that I met and conferred with the Defendants' Counsel concerning the relief requested in this Motion. Defense counsel has no objection to the requested relief.

Dated: October 24, 2025           By:    */s/ Anuj K. Khetarpal*

**CERTIFICATE OF SERVICE**

      I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: October 24, 2025          By:    */s/ Anuj K. Khetarpal*
                                                         Anuj Khetarpal
                                                         Assistant United States Attorney