UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 3:22-CV-30043

UNITED STATES OF AMERICA
Plaintiff,

v.

THE SPRINGFIELD POLICE DEPARTMENT, and CITY OF SPRINGFIELD. MA.
Defendants

**NOTICE OF FILING COMPLIANCE EVALUATOR REPORT**

Please take notice that Defendant, the City of Springfield, by and through its undersigned counsel, hereby files the attached Compliance Evaluator Report for April 2026.

This report was prepared by O'Toole Associates, LLC and submitted by Kathleen O'Toole, the Lead Compliance Evaluator. It is being filed in accordance with the ongoing assessment of the Settlement Agreement between the United States Department of Justice and the City of Springfield, Massachusetts, originally filed on April 13, 2022.

**CITY OF SPRINGFIELD AND SPRINGFIELD POLICE DEPARTMENT**
By their Attorney,

/s/ *Devon Grierson*
Devon Grierson, Esq. BBO#: 682724
City of Springfield, Law Department
36 Court Street, 2nd Floor
Springfield, MA 01103
dgrierson@springfieldcityhall.com
(413) 787-6085 (tel)
(413) 787-6173 (fax)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true copy of the within was this day served upon the parties via the Federal Court's ECF Notice and Delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

/s/ Devon Grierson__________

Devon Grierson, Esq. BBO#: 682724
City of Springfield, Law Department
36 Court Street, 2nd Floor
Springfield, MA 01103
dgrierson@springfieldcityhall.com
(413) 750-2414 (tel)
(413) 787-6173 (fax)